IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02365-RPM-CBS

MIQS, INC., a Colorado Corporation,

       Plaintiff,

v.

ATLANTIS HEALTHCARE GROUP PUERTO RICO INC., a Puerto Rico Corporation,

       Defendant.

---

## ORDER SETTING ASIDE ENTRY OF DEFAULT AND GRANTING EXTENSION OF TIME TO FILE ANSWER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG. B. SHAFFER**

IT IS HEREBY **ORDERED** that Defendant's Motion to Set Aside Entry of Default [filed December 22, 2005] is **granted** pursuant to Fed. R. Civ. P. 55(c) and Fed. R. Civ. P. 60(b).

Defendant shall have ten (10) days from the entry of this order to file its Answer.

SO ORDERED this 3 Day of January, 2006.

By the Court:

Craig B. Shaffer
United States Magistrate Judge