IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02365-RPM-CBS

MIQS, INC.,
a Colorado corporation,

      Plaintiff,

v.

ATLANTIS HEALTHCARE GROUP PUERTO RICO INC.,
a Puerto Rico Corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Plaintiff's Motion for Protective Order (filed February 15, 2006; *doc. no. 17*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    February 22, 2006