IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02365-RPM-CBS

MIQS, INC.,
a Colorado corporation,

      Plaintiff,

v.

ATLANTIS HEALTHCARE GROUP PUERTO RICO INC.,
a Puerto Rico Corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Amended Answer (filed March 31, 2006; *doc. no. 25*) is **GRANTED**.

      As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Answer (*doc no. 25-3*); Exhibit A (*doc. no. 25-4 and doc. no. 25-5*); Exhibit B (*doc. no. 25-6*); and Exhibit C (*doc. no. 25-7*) all tendered to the court on March 31, 2006.

**DATED:**     April 5, 2006