IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02365-RPM-CBS

MIQS, INC.,
a Colorado corporation,

       Plaintiff,

v.

ATLANTIS HEALTHCARE GROUP PUERTO RICO INC.,
a Puerto Rico corporation,

       Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (*doc. no. 34)* is **GRANTED**.  The scheduling order is amended as to the following deadlines:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **October 2, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **November 1, 2006** |
| Discovery deadline | **December 1, 2006** |
| Dispositive motion deadline | **January 2, 2007** |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    July 18, 2006