IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02365-RPM-CBS

MIQS, INC.,
a Colorado corporation,

    Plaintiff,

v.

ATLANTIS HEALTHCARE GROUP PUERTO RICO INC.,
a Puerto Rico corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order (*doc. no. 42*) is **GRANTED**. The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **December 1, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **January 2, 2007** |
| Discovery deadline | **February 2, 2007** |
| Dispositive motion deadline | **March 2, 2007** |

**DATED:**     October 5, 2006