IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-02365-RPM-CBS

MIQS, INC., a Colorado Corporation,

Plaintiff,

v.

ATLANTIS HEALTHCARE GROUP PUERTO RICO INC., a Puerto Rico Corporation,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 2007

GREGORY C. LANGHAM
CLERK

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court, being sufficiently advised,

ORDERS that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees, each party to comply with the terms of the Settlement Agreement attached as Exhibit 1 to the Stipulated Motion for Dismissal with Prejudice, and with the Court reserving jurisdiction to enforce the terms of the Settlement Agreement.

DONE this 3rd day of January, 2007.

BY THE COURT:

_____
United States District Judge

#1212192 v1